THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RANDALL NORRIS and MISTY NORRIS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:21-cv-01153-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Randall Norris and Misty Norris and Defendant T-Mobile USA, Inc., ("the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days, through October 25, 2021.[1]

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The

---

[1] Thirty days from T-Mobile's current response deadline is Saturday, October 23, 2021. *See* ECF No. 11 (service of process dated September 2, 2021); Fed. R. Civ. P. 12(a). So T-Mobile's new deadline would "run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01153-BJR) - 1

153887548.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash. filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *Id.* (ECF Nos. 1, 8-1, 11, 20). The additional 30 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiff's counsel here and counsel in the related cases before responding to Plaintiff's Complaint.

Dated: September 16, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Stephen P. Connor*
Stephen P. Connor
Anne-Marie E. Sargent
Derik Campos
**CONNOR & SARGENT PLLC**
921 Hildebrand Lane NE, Suite 240

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01153-BJR) - 2
153887548.1

| | |
|---|---|
| 1 | Bainbridge Island, Washington 98110 |
| | Telephone: (206) 654-5050 |
| 2 | E-Mail: steve@cslawfirm.net |
| |        aes@cslawfirm.net |
| 3 |        derik@cslawfirm.net |
| 4 | Gary F. Lynch (*pro hac vice*) |
| | Nicholas A. Colella (*pro hac vice*) |
| 5 | **CARLSON LYNCH, LLP** |
| | 1133 Penn Avenue, 5th Floor |
| 6 | Pittsburgh, PA 15222 |
| | E-Mail: glynch@carlsonlynch.com |
| 7 |        ncolella@carlsonlynch.com |
| | Telephone: (412) 322-9243 |
| 8 | Facsimile: (412) 231-0246 |
| 9 | Joseph P. Guglielmo (*pro hac vice*) |
| | Carey Alexander (*pro hac vice*) |
| 10 | **SCOTT + SCOTT LLP** |
| | The Helmsley Building |
| 11 | 230 Park Avenue, 17th Floor |
| | New York, NY 10169 |
| 12 | E-Mail: jguglielmo@scott-scott.com |
| |        calexander@scott-scott.com |
| 13 | |
| | Erin Green Comite (*pro hac vice*) |
| 14 | **SCOTT + SCOTT LLP LLP** |
| | 156 South Main Stree |
| 15 | PO Box 192 |
| | Colchester, CT 06415 |
| 16 | 860-537-5537 |
| | Fax: 860-537-4432 |
| 17 | Email: ecomite@scott-scott.com |
| 18 | Brian C. Gudmudson (*pro hac vice forthcoming*) |
| | **ZIMMERMAN REED LLP** |
| 19 | 1100 IDS Center |
| | 80 South 8th Street |
| 20 | Minneapolis, MN 55402 |
| | E-Mail: brian.gudmudson@zimmreed.com |
| 21 | |
| | MaryBeth V. Gibson (*pro hac vice forthcoming*) |
| 22 | **The Finley Firm, P.C.** |
| | 3535 Piedmont Road |
| 23 | Building 14, Suite 230 |
| 24 | |

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01153-BJR) - 3
153887548.1

Atlanta, GA 30305
E-Mail: mgibson@thefinleyfirm.com

Arthur M. Murray (*pro hac vice forthcoming*)
**MURRAY LAW FIRM**
701 Poydras Street
New Orleans, LA 70139
E-Mail: amurray@murray-lawfirm.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01153-BJR) - 4

153887548.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

IT IS SO ORDERED.

Dated this 16th day of September 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
　　　　KOSullivan@perkinscoie.com
　　　　LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01153-BJR) - 5

153887548.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000