THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL NORRIS and MISTY NORRIS on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | No. 2:21-cv-1153-BJR<br><br>**STIPULATION AND SECOND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rule 7(d)(1) and 10(g), Plaintiffs Randall and Misty Norris and Defendant T-Mobile USA, Inc., (together the "Parties") stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in this action is continued until 14 days after the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer related cases for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1).

Good cause exists for this extension because the plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash., filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *See In re*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1153-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154135180.1

*T-Mobile*, MDL Docket No. 3019 (ECF Nos. 1, 2, 8-1, 11, 20, 48, 62, 65). The extension will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion, continue discussions with Plaintiffs' counsel here and counsel in the related cases, and know which district court's local rules will control this case before responding to Plaintiffs' Complaint.

Dated: October 5, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Anne-Marie E. Sargent*
Anne-Marie E. Sargent
**CONNOR & SARGENT PLLC**
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, Washington 98110
Telephone: (206) 654-5050
E-Mail: aes@cslawfirm.net

Gary F. Lynch (*pro hac vice*)
Nicholas A. Colella (*pro hac vice*)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1153-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154135180.1

Pittsburgh, PA 15222
E-Mail: glynch@carlsonlynch.com
ncolella@carlsonlynch.com
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

Joseph P. Guglielmo (*pro hac vice*)
Carey Alexander (*pro hac vice*)
**SCOTT + SCOTT LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
E-Mail: jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (*pro hac vice*)
**SCOTT + SCOTT LLP LLP**
156 South Main Stree
PO Box 192
Colchester, CT 06415
860-537-5537
Fax: 860-537-4432
Email: ecomite@scott-scott.com

Brian C. Gudmudson (*pro hac vice forthcoming*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
E-Mail: brian.gudmudson@zimmreed.com

MaryBeth V. Gibson (*pro hac vice pending*)
**The Finley Firm, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
E-Mail: mgibson@thefinleyfirm.com

Arthur M. Murray (*pro hac vice forthcoming*)
**MURRAY LAW FIRM**
701 Poydras Street
New Orleans, LA 70139
E-Mail: amurray@murray-lawfirm.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1153-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154135180.1

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of October 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
 KOSullivan@perkinscoie.com
 LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1153-BJR) - 4

154135180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000